PS 8 (3/15)

Case 1:22-cr-02057-SAB    ECF No. 55    filed 04/13/23    PageID.137    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        George, Savannah Lynn        Docket No.        0980 1:22CR02057-SAB-1

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Savannah Lynn George, who was placed under pretrial release supervision by the Honorable U.S. Stanley A. Bastian, Chief United States District Judge sitting in the Court at Yakima, Washington, on the 29th day of March 2023, under the following conditions:

**Standard Condition #2 (ECF 39):** Defendant shall immediately advise the Court and the United States Attorney in writing before any change in address.

**Standard Condition #6 (ECF 39):** Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition #1 (ECF 39)**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

**Additional Special Condition #4 (ECF 48):** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 3, 2023, the conditions of pretrial release, ECF 39 and ECF 48, were reviewed and signed by Savannah George, acknowledging an understanding of her conditions.

**Violation #1:** Savannah Lynn George is alleged to being in violation of pretrial release by failing to notify the Court, the United States Attorney, or the below said officer before any change in address since April 7, 2023.

On April 3, 2023, Ms. George released from inpatient treatment and reported to the below said officer. Due to circumstances outside of her control, upon release from inpatient treatment, the housing arranged for her as proffered to the Court on March 29, 2023, was not available. Per Ms. George, she met an individual currently under federal supervision who offered Ms. George a place to reside until she could secure housing. The below said officer approved of Ms. George living at this location. According to Ms. George, she was working with her treatment provider, Triumph Treatment Services (Triumph), the Yakama Nation, and the Department of Social and Health Services, to obtain funding in order to reside in a housing complex through Triumph. This officer directed Ms. George to report back to the office on April 7, 2023.

On April 7, 2023, this officer was notified by the homeowner that Ms. George had not stayed at her home the evening of April 6, 2023, and was not returning her calls. This officer met with Ms. George the same date and she admitted she had stayed with her youngest child's father in the "lower valley" in Yakima County. This officer admonished Ms. George for not staying where she was directed to stay and advised she needed to remain living at her approved address until she secured housing through Triumph. This officer also placed Ms. George on daily reporting to the probation office. Ms. George verbally agreed she would report daily to provide updates on her housing.

On April 11, 2023, this officer conducted a home visit at Ms. George's approved address. Per the homeowner, Ms. George left her home on Saturday, April 8, 2023, and had not returned. She further stated, since that date, she attempted to call and text Ms. George without a response. Per the homeowner, Ms. George will not be approved to reside in her home any longer.

On April 11, 2023, this officer sent Ms. George several text messages directing her to report to the office, which she failed to respond to. Additionally, on April 11, 2023, this officer received a telephone call from the housing department with Triumph asking if this officer had contact with Ms. George. The housing case manager stated they saved a unit for her in their housing complex; however, they had not heard from her. The case manager further stated she attempted numerous times to contact Ms. George via her cellular telephone without a response. The case manager advised she could not hold the unit for Ms. George. As of the submission of this report, to this officer's knowledge, Ms. George has not made contact with this officer or Triumph.

**Violation #2:** Savannah Lynn George is alleged to being in violation of pretrial release by failing to report to the probation office as directed since April 7, 2023.

On April 7, 2023, Ms. George was placed on daily reporting to the probation office due to her unstable living situation and placing herself around antisocial influences. On April 10, 2023, after multiple attempts to contact Ms. George via her cellular telephone, this officer finally spoke with Ms. George, who stated her nephew had her cellular telephone playing games on it and she was in the lower valley at Indian Health Services; Ms. George failed to report as directed on April 10, 2023. On April 11, 2023, this officer attempted numerous times to call and text Ms. George without a response regarding reporting to the probation office. Ms. George failed to report to the probation office as directed on April 11, 2023. As of the submission of this report, Ms. George's whereabouts is unknown.

**Violation #3:** Savannah Lynn George is alleged to being in violation of pretrial release by failing to attend outpatient substance abuse treatment at Triumph since April 7, 2023.

On April 11, 2023, this officer made telephone contact with Ms. George's treatment counselor with Triumph who advised Ms. George was present for her initial treatment group on April 6 and 7, 2023, however, failed to show or make contact with the treatment provider since. Per the treatment provider, Ms. George is to be attending treatment groups Tuesday through Thursday from 8:30 a.m. until 10:30 a.m. and verifying three community self help meetings per week, as well as attending one individual session per month. As of the submission of this report, Ms. George has not attended treatment groups or contacted Triumph since April 7, 2023.

**Violation #4:** Savannah Lynn George is alleged to being in violation of pretrial release by failing to attend random drug testing via the Merit Resource Services (Merit) color line program on April 11, 2023.

On April 3, 2023, Ms. George reported to the probation office upon completion of inpatient treatment. She was placed on the Merit random color line testing program. She is subject to three random drug tests per month. Ms. George was given written instructions on how to call the color line Monday through Friday, listen for her assigned color and report that same business day for her random drug test. On April 12, 2023, this officer received notification via email from Merit advising Ms. George failed to show for random drug testing on April 11, 2023.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   April 12, 2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

**Re: George, Savannah Lynn**
**April 12, 2023**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[X]  Other
     Chief Judge Bastian to hear the violation hearing
     Magistrate Judge Ekstrom to handle the Initial Appearance.

_____
Signature of Judicial Officer

    4/13/2023
_____
Date